FILED
Western District of Washington
at Seattle
FEB 04 2016
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON | |
|---|---|
| In re: Michael G. Pitts Svea R. Pitts  Debtor(s). | Case Number: 10-42789 **Petition for Payment of Unclaimed Funds** |

1. I am petitioning to receive funds in the total amount of $ __4,240.53__, which amount was paid into the Court on __6/4/2015__ [date(s)] by the case trustee as unclaimed funds on behalf of the following creditor/debtor:

   Name: __Webster Bank__
   Address: __145 Bank St., Waterbury, CT 06702 (current address)__
   Last four digits of SS# or Tax ID#: __3620__

2. I believe I am entitled to receive the requested funds based upon the following [check the statement(s) that apply]:

   ☐ a. I am the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents, including a current driver's license and social security card (if an individual).

   ☒ b. I am the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, and am authorized by the attached notarized, original, Power of Attorney to file this application on the behalf of the creditor/debtor.

   ☐ c. I am the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the assignee's or successor-in-interest's representative, as evidenced by the attached documents establishing chain of ownership and/or assignment.

   ☐ d. I am a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1, as demonstrated by the attached documentation, including, if applicable, the corporate seal.

   ☐ e. I am the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents which substantiate my right to act on behalf of the decedent's estate.

   ☐ f. Subparagraphs (a) through (e) above do not apply. As evidenced by the attached documents, I am entitled to such monies because: _____

3. I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

4. Pursuant to 28 U.S.C. § 2042, on __2/1/2016__ [date], I mailed a copy of this completed application (with all supporting documentation) to: United States Attorney, 700 Stewart St., Ste. 5220, Seattle WA 98101-1271.

I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or the accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U. S. Attorney for possible prosecution.

**I declare (or certify, or verify, or state) under penalty of perjury under the laws of the United States of America, that the foregoing statements and information are true and correct.**

Dated: 2/1/16

Petitioner's Signature _[signed]_

Petitioner's Name: Peter R. Butler / El Dorado Locators, attorney-in-fact

Address: 2132 Vallemar St.
Moss Beach, CA 94038

Telephone Number: (415) 944-1836

NOTARY:

On this day, 01 February 2016, I certify that I know or have satisfactory evidence that (insert name and title of signer) Peter R. Butler is the person who appeared before me, and said person acknowledged that (he/~~she~~) signed this instrument and acknowledged it to be (his/~~her~~) free and voluntary act for the uses and purposes mentioned in the instrument.

(SEAL)

Pls. see attached
Acknowledgment
for Notarial Act

Notary Public _[signed]_
My commission expires 13 April 2019
State of CA
Residing at 446 Old County Rd.
Ste 100
Pacifica, CA 94044

# CALIFORNIA ALL PURPOSE ACKNOWLEDGMENT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

STATE OF CALIFORNIA }

COUNTY OF SAN MATEO }

On  01 February 2016 before me , R. R. Henry-Perrin  , Notary Public,
     Date                          (here insert name and title of the officer)

personally appeared     Peter R. Butler, Attorney-in-Fact

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity(ies), and that by his signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____ (Seal)

R. R. HENRY-PERRIN
Commission # 2106771
Notary Public - California
San Mateo County
My Comm. Expires Apr 13, 2019

_____ OPTIONAL _____

Description of Attached Document

Title or Type of Document: U.S. Bankruptcy Court     Number of Pages: 2

Document Date: 01 February 2016    Other: Western District of Washington

Case No. 10-42789
Petition for Pmt. of Unclaimed Funds



**Frederik F. Erikson**
Senior Vice President
Associate Legal Counsel

Webster Bank, N.A.
145 Bank Street
Waterbury, CT 06702
Bus 203.578.2383
Fax 203.578.2286
ferikson@websterbank.com

WebsterOnline.com

# LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

I/we, the undersigned, affirm my/our authority to sign this document on behalf of **Webster Bank**.

Under this authority, in order to receive certain funds owed according to public records, and acknowledging that these funds, whether held as excess proceeds from sale of assets or as outstanding, or over-aged warrants, dividends, stale-dated checks, or bankruptcy proceeds, that are collectible by **Webster Bank** as owner or payee directly thereof, **DOES HEREBY APPOINT**

<u>**El Dorado Locators / Peter R. Butler, 2132 Vallemar St., Moss Beach, CA 94038**</u>

as my/our Agent and true and lawful Attorney-in-Fact, to act in my/our name and place, and for my/our benefit and on my/our behalf with limited authority and power to do the following:

A: Seek recovery of the uncashed, stale-dated, unclaimed or undelivered funds held by the United States Bankruptcy Court, Western District of Washington, in the amount of **$4,240.53**. **The funds are related to Case #10-42789, Debtors: Pitts, Michael and Svea, Creditor: Webster Bank.**

B: Secure, by all means convenient and lawful, the re-issuance and/or possession of the funds described above. To accomplish this limited purpose, I/we give **El Dorado Locators / Peter R. Butler** the authority to sign, execute, acknowledge, and deliver the required claim affidavits, petitions, and any other documents reasonably requested, and subsequently to obtain any and all documentation regarding the disposition of the warrant after it is delivered. In no case shall this Attorney-in-Fact or their appointees incur any financial obligation or expense on my/our behalf.

Date: 1/5/16

Printed Name: Frederik Erikson

Signature: [signature]

Title: SVP Sr. Assoc. Counsel & Asst. Secty

Company: **Webster Bank**

Address: **145 Bank St., Waterbury, CT 06702**

Phone No. **203-578-2271**

Tax ID No. 06-0273620

**********Signature Must Be Notarized**********

State of Connecticut
County of New Haven
Subscribed and Sworn to before me, this
5th day of January, 2016.

[signature] Pamela D.
~~Alison A. Libby,~~ Notary Public
My Commission Expires 6/30/19

PAMELA C. DICICCO
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2019